In the Matter of MANUEL ALFARO, Appellant, v. JOINT LEGISLATIVE COMMITTEE ON PROFESSIONAL BOXING OF THE STATE OF NEW YORK, Respondent. — Order, entered on June 6, 1962, denying petitioner's motion to quash, vacate or modify the subpoena duces tecum, unanimously modified, on the law, without costs, to the extent of striking from the subpoena the provision calling for the production of the petitioner's books, records and papers. The subpoena states the subject of the investigation to be "all facts relating to the Emile Griffith–Benny 'Kid' Paret fight held at Madison Square Garden on March 24, 1962." The books, records and papers commanded to be produced can be pertinent only to an examination broader than what is declared to be the purpose for which the subpoena was issued. Settle order on notice. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

In the Matter of LOPEZ CAPO, an Infant, Appellant, v. FLORENCE KELLEY, as Presiding Justice of Children's Court Division, Domestic Relations Court of the City of New York, New York County, et al., Respondents.— Adjudication of delinquency entered August 1, 1961 unanimously affirmed. The record abundantly supports the determination. Appellant had ample opportunity to procure counsel prior to the holding of the hearing. Nevertheless, on appellant's application for a rehearing after obtaining counsel the trial court should have exercised its discretion to the end of conducting a hearing thereon for the purpose of determining whether the proffered additional testimony of the alibi witnesses warranted a new trial. Accordingly, the order denying the rehearing is unanimously reversed, on the law, on the facts and in the exercise of discretion, and the motion therefor remanded to the Trial Justice for the purpose of holding such a hearing. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.